IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br>vs<br>**1) MICHAEL RIOS-GONZALEZ**<br>2) MIGUEL APONTE-TORRES<br>Defendants | CRIMINAL 12-0183CCC |

**ORDER**

Having considered the Report and Recommendation filed on September 17, 2012 (**docket entry 50**) on a Rule 11 proceeding of defendant Michael Ríos-González (1) held before U.S. Magistrate Judge Bruce J. McGiverin on September 14, 2012, to which no objection has been filed, the same is APPROVED. Accordingly, the plea of guilty of defendant is accepted. The Court FINDS that his plea was voluntary and intelligently entered with awareness of his rights and the consequences of pleading guilty and contains all elements of the offense charged in the indictment.

This case was referred to the U.S. Probation Office for preparation of a Presentence Investigation Report since September 14, 2012. The **sentencing hearing is set for December 13, 2012 at 4:15 PM**.

SO ORDERED.

At San Juan, Puerto Rico, on October 10, 2012.

S/CARMEN CONSUELO CEREZO
United States District Judge